1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8936
      Facsimile: (415) 744-0134
7     E-Mail: odell.grooms@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| OXANA RUDENCO, | CASE NO. 2:09-cv-01547-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The new due date will be April 16, 2010.

///
///
///
///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 16, 2010

   /s/ *Jesse S. Kaplan*
(Via telephonic authorization on 03/16/2010)
JESSE S. KAPLAN
Attorney for Plaintiff

Respectfully submitted,

Dated: March 16, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

   /s/ *Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: March 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE